UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION (AT PIKEVILLE)
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| SCOTTY N. BELCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:20-cv-00003-REW-EBA |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | | |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

**\*\*\* \*\*\* \*\*\* \*\*\***

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Scotty Belcher and Defendant Metropolitan Life Insurance Company, by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned case and all claims asserted in the Complaint shall be and are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney fees.

Dated: October 21, 2020

HAVE SEEN AND AGREED TO:

| | |
|---|---|
| */s/ Elizabeth A. Thornsbury* | */s/ Braxton S. Thrash* (with permission) |
| ELIZABETH A. THORNSBURY | WILLIAM B. WAHLHEIM JR. |
| Email: elizabeth@austinmehr.com | Email: wwahlheim@maynardcooper.com |
| **Mehr, Fairbanks & Peterson** | BRAXTON S. THRASH |
| **Trial Lawyers, PLLC** | Email: bthrash@maynardcooper.com |
| 201 West Short Street, Suite 800 | **Maynard, Cooper & Gale, P.C.** |
| Lexington, Kentucky 40507 | 1901 Sixth Avenue North, Suite 2400 |
| *Counsel for Plaintiff* | Birmingham, AL 35203 |
| | *Counsel for Defendant Metropolitan Life Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com, shall@austinmehr.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Braxton S. Thrash**
  bthrash@maynardcooper.com
- **William B. Wahlheim , Jr**
  wwahlheim@maynardcooper.com,pjones@maynardcooper.com

**Manual Notice List**

- No manual recipients

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY